UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ATTILA RAGNVALD VANATTA, <br><br> Plaintiff, <br> v. <br> CHRISTOPHER JOHN COTTELIT, et al. <br><br> Defendants. | Case No. 2:19-cv-01127-JCM-BNW <br><br> ORDER |

This matter is before the court on plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Amended Complaint (ECF No. 1-2) in this matter was filed May 20, 2019 in state court. Defendants removed (ECF No. 1) this action to federal court on June 27, 2019 and filed their Answer (ECF No. 4) June 10, 2019. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that plaintiff shall file her certificate of interested parties, which fully complies with LR 7.1-1 **no later than August 8, 2019.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 25th day of June, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1