MARCUS A. BERG, ESQ.
Nevada Bar No. 9760
marcus@mossberglv.com
BOYD B. MOSS III, ESQ.
Nevada Bar No. 8856
boyd@mossberglv.com
MOSS BERG INJURY LAWYERS
4101 Meadows Lane, Suite 110
Las Vegas, Nevada 89107
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ATTILA RAGNVALD VANATTA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER JOHN COTTELIT, an individual; PIKE ELECTRIC, LLC, a foreign limited-liability company, DOE Employees 1-10; Doe Individuals 11-20; and ROE Corporations 21-30;<br><br>Defendants. | Case No. 2:19-cv-01127-JCM-BNW |

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that subject to approval by the Court, Plaintiff, ATTILA RAGNVALD VANATTA, herby substitutes MARCUS A. BERG, ESQ.., State Bar No. 9760 as counsel of record in place of JAMIE COGBURN, ESQ.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | MOSS BERG INJURY LAWYERS |
| Address: | 4101 Meadows Lane, Las Vegas, Nevada 89107 |
| Telephone: | (702) 222-4555  Facsimile: (702) 222-4556 |
| Email: | Marcus@mossberglv.com |

I consent to the above substitution.

9/11/19
DATED

_____
ATTILA RAGNVALD VANATTA

I consent to being substituted.

COGBURN LAW

9/12/19
DATED

_____
JAMIE COGBURN, ESQ.

I consent to the above substitution.

MOSS BERG INJURY LAWYERS

9/13/19
DATED

_____
MARCUS A. BERG, ESQ.   Boyd Moss 8856

The substation of attorney is hereby approved and so ORDERED.

9/16/19
DATED

_____
JUDGE

It is further ordered that ECF No. 16 is Denied as moot.