1  **SAO**
   MATTHEW A. CAVANAUGH
2  Nevada Bar No. 11077
   E-Mail: Matthew.Cavanaugh@lewisbrisbois.com
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   702.893.3383
5  FAX: 702.893.3789

6  *Attorneys for Defendants Power Contracting,*
   *LLC, Pike Electric, LLC and Christopher*
7  *John Cottelit*

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF NEVADA**

10

11

12  ATTILA RAGNVALD VANATTA, an          CASE NO. 2:19-cv-01127-JCM-BNW
    individual;
13                 Plaintiff,            **STIPULATION AND ORDER FOR**
                                         **DISMISSAL WITH PREJUDICE**
14       vs.

15  CHRISTOPHER JOHN COTTELIT, an
    individual; PIKE ELECTRIC, LLC, a foreign
16  limited-liability company; POWER
    CONTRACTING, LLC; DOE Employees 1-
17  10; DOE Individuals 11-20; and ROE
    Corporations 21-30.

18                 Defendants.

19

20       IT IS HEREBY STIPULATED by and among Plaintiff, ATTILA RAGNVALD

21  VANATTA, by and through his attorneys of record, MOSS BERG INJURY LAWYERS, and

22  Defendants, CHRISTOPHER JOHN COTTELIT, PIKE ELECTRIC, LLC, and POWER

23  CONTRACTING, LLC, by and through their attorneys of record, LEWIS BRISBOIS

24  BISGAARD & SMITH, LLP, that all claims against Defendants arising out of the subject motor

25  vehicle accident shall be dismissed with prejudice, and each party to bear their own costs and

26  attorney's fees.

27       IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced

28  matter.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4829-9980-6417.1

1    IT IS FURTHER STIPULATED that any jury trial scheduled to commence in this matter

2    shall be vacated.

3    **MOSS BERG INJURY LAWYERS**                    **LEWIS BRISBOIS BISGAARD & SMITH**

4    */s/ Marcus A. Berg_____*                   */s/ Matthew A. Cavanaugh_____*

5    Marcus A. Berg, Esq.                                         Matthew A. Cavanaugh, Esq.
     Nevada Bar No.: 9760                                       Nevada Bar No. 11077
6    4101 Meadows Lane, Ste. 110                          6385 S. Rainbow Blvd., Suite 600
     Las Vegas, NV 89107                                       Las Vegas, Nevada 89118
7    *Attorneys for Plaintiff*                                       *Attorney for Defendants*

8

9

10                      **ORDER FOR DISMISSAL WITH PREJUDICE**

11         Upon stipulation of the parties, by and through their respective counsel of record:

12         **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that any and all claims in

13   the above-entitled action, be, and the same are hereby, dismissed with prejudice, with each party

14   to bear their own attorneys' fees and costs; and,

15         **IT IS SO ORDERED**

16         Dated December 4, 2020.

17

18         _____

19                      UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW